United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENE BARAHONA-RAMOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-4781 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

# FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, this action is **DISMISSED WITH PREJUDICE**. No Certificate of Appealability is issued.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 13th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE